# United States District Court
# For The Western District of North Carolina
# Charlotte Division

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 3:09CV544

TAMMY COMPTON BARR,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/2/2010 Order.

Signed: September 3, 2010

Frank G. Johns, Clerk
United States District Court